**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Debbie Vega-Weaver, an individual, ) | No. CV-05-2270-PHX-LOA |
| Plaintiff, ) | **ORDER** |
| vs. ) |  |
| The Brebner Law Firm, P.C., et al., ) |  |
| Defendants. ) |  |

This Court has received and considered Plaintiff's counsel's Notice of Ex Parte Application and Motion for an Order to be Relieved as Counsel. Counsel's Application and Motion fails to comply with LRCiv 83.3(b)(2). Although Plaintiff's counsel's Application and Motion does bear a mailing certificate that a copy was mailed to Plaintiff, it does not set forth an address of where a copy of counsel's Application and Motion was mailed to Plaintiff. Also, there is no certificate of the attorney accompanying the motion that the client has been notified in writing of the status of the case.

In addition, since the filing of Plaintiff's counsel's Application and Motion, Defendants Brebner have now filed a Motion to Dismiss the Case and counsel's Application and Motion when and if refiled will need to reflect that Plaintiff is aware of the pending Motion to Dismiss.

Therefore,

1       **IT IS ORDERED denying** without prejudice Plaintiff's counsel's Ex Parte
2 Application and Motion for an Order to be Relieved as Counsel (Dkt. #14).
3       DATED this 6th day of December, 2005.*

                                              Lawrence O. Anderson
                                          United States Magistrate Judge

*This is the date the Court ruled on Plaintiff's counsel's Ex Parte Application and Motion for an Order to be relieved as Counsel. It is unknown why it was not electronically filed until now.