**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debbie Vega-Weaver, ) | No. CV-05-2270-PHX-LOA |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| The Brebner Law Firm, P.C., ) | |
| Defendant. ) | |

Pending for the Court's consideration are two related dispositive motions (dkt #15 and #16) but for unknown reasons the Court's December 6, 2005 ruling on Plaintiff counsel's November 14, 2005 motion to withdraw (dkt #14) was not filed or docketed until today.

Good cause appearing,

**IT IS ORDERED** granting Plaintiff's Motion To Stay Ruling etc. (dkt #17), filed on January 3, 2006. Defendants' Motion To Dismiss (dkt #15) is hereby **STAYED** until further order of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion For Summary Disposition (dkt #16), filed on December 29, 2006, is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall immediately notify his client of the two pending dispositive motions and provide Plaintiff with a true and complete copy of this Order by the best known means to assure actual notice to Plaintiff and

1  to also mail a copy of this Order to Plaintiff and, if he has not already done so, a true and
2  complete copy of Defendants' two dispositive motions to her last known address.

3        **IT IS FURTHER ORDERED** that Plaintiff or her new counsel shall file a
4  Response to Defendants' Motion To Dismiss (dkt #15) by **5:00 p.m. on Friday,**
5  **February 17, 2006** or Defendants' Motion To Dismiss (dkt #15) and Motion For Summary
6  Disposition (dkt #16) may be summarily granted. See, LRCiv 7.2(i).  Absent extraordinary
7  circumstances, additional extensions of the aforesaid deadline will be not likely be granted.

8        **IT IS FURTHER ORDERED** that if Plaintiff's current counsel wishes to have
9  the undersigned grant a motion to withdraw from this litigation, he shall promptly file an
10 Amended Motion To Withdraw that complies in all respects with LRCiv 83.3(b)(2) and this
11 Court's order (dkt #18), filed today, denying without prejudice Plaintiff's previous motion to
12 withdraw.

13       DATED this 18th day of January, 2006.

15                               Lawrence O. Anderson
16                               United States Magistrate Judge