**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debbie Vega-Weaver, ) | No. CV-05-2270-PHX-LOA |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| The Brebner Law Firm, P.C., ) | |
| Defendant. ) | |

       This matter arises on Plaintiff's March 20, 2006, ex-parte letter mailed directly to the Court "asking the court to reconsider the rulings in both cases [there is only one case] that were ordered on March 3rd, 2006[]" for the "sole reason [that Plaintiff] was never properly served by either party. . . ." Overlooking that this pro se litigant has failed to properly file her letter with the Clerk, the Court will treat her letter as a motion to set aside judgment pursuant to Rule 60(b), FED.R.CIV.P.

       The Court's docket indicates that Judgment was entered herein on March 3, 2006 as a result of the Court's granting Defendants' Motion To Dismiss Case (docket # 15), filed on November 18, 2005. On January 18, 2006, the Court ordered, among other things, that Plaintiff be provided notice of the two pending dispositive motions and that she or her new attorney, if any, file a written response by February 17, 2006. Former Plaintiff's counsel having facially complied with the Court's January 18, 2006 order and there being no timely written response to the dispositive motion despite fair warning to Plaintiff, the Court granted

1   the Defendants' Motion To Dismiss Case on March 3, 2006.

2       Plaintiff's motion fails to articulate any of the grounds identified within Rule
3   60(b) much less raise a colorable claim under the Rule 60(b) to warrant an evidentiary
4   hearing on receipt of notice. In fact, her letter confirms her mailing address is 7515 E.
5   Diamond Circle, Mesa, Az 85208, the same location where former Plaintiff's counsel mailed
6   copies of this Court's January 18, 2006 order and additional copies of Defendants' dispositive
7   motions. Plaintiff has been given more than fair notice and opportunity to continue the
8   litigation that she started. Defendants are entitled to the finality of this case.

9       **IT IS ORDERED** that Plaintiff's <u>pro se</u> motion to set aside judgment pursuant
10  to Rule 60(b), Fed.R.Civ.P., is **DENIED**.

11      **IT IS FURTHER ORDERED** directing the Clerk to electronically mail all
12  former counsel with a copy of this order and a hard copy to Plaintiff at 7515 E. Diamond
13  Circle, Mesa, Az 85208.

14      DATED this 23rd day of March, 2006.

15

16                                  Lawrence O. Anderson
17                                  United States Magistrate Judge