WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Debbie Vega-Weaver, | ) | No. CV-05-2270-PHX-LOA |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| The Brebner Law Firm, P.C., | ) | |
| Defendant. | ) | |

The Court is in receipt of the Plaintiff's letter addressed to the undersigned dated May 11, 2006 and a copy of her letter addressed to the State Bar of Arizona dated May 31, 2006.

**IT IS ORDERED** that Plaintiff's pro se letters referenced above and attached to this Order shall be filed herewith with no action taken thereon by this Court.

**IT IS FURTHER ORDERED** directing the Clerk to electronically mail all former counsel with a copy of this order and a hard copy to Plaintiff at 7515 East Diamond Circle, Mesa, AZ 85208.

DATED this 8th day of June, 2006.

Lawrence O. Anderson
U. S. Magistrate Judge

7515 E. Diamond Circle
Mesa, AZ 85208

May 11, 2006

Hon. Lawrence O. Anderson
United States Magistrate Judge
Sandra Day O'Connor U.S. Courthouse, Suite 322
401 W. Washington St., SPC 11
Phoenix, AZ  850023-2120

Dear Hon. Lawrence O. Anderson:

Once again, I am requesting that you provide me with copies that I was properly served by one of the law firms mentioned, THE BREBNER LAW FIRM, P.C., GRASSO LAW FIRM, P.C. or RICHARD N. GROVES LAW FIRM.

I am unclear about why THE BREBNER LAW FIRM, P.C. was not reprimand for violating the Fair Debt Collection Practices Act, 15 U.S.C.§ 1692 et seq. (FDCPA). This has and continues to cause a financial burden on my family.

In addition, you mention that I was given more than fair notice. I am requesting proof, that I was given fair notice.

Lastly, that you review all the files mentioned in the letter dated March 20, 2006. Again, I am pleading that you grant my request and retry this case with a jury present in your courtroom.

Thank you,

Debbie M. Vega-Weaver

Cc: Cc:  THE BREBNER LAW FIRM, P.C. and Bartlet A. Brebner/Esq. 011785 and Individual who is a licensed Arizona attorney, and Jane Doe Brebner, husband and wife, John Does I-X, Jane Does I-X, ABC Corporations I-V XYZ Limited Liability Companies I-V Defendant(s)

STATE BAR OF ARIZONA
Attn: Kip M. Micuda


ATTORNEY GENERAL'S OFFICE
1275 W. Washington Street

SENATOR, JOHN McCAIN
2400 E. Arizona Biltmore

GRASSO LAW FIRM, P.C.
Robert Grasso, Jr/Bar No. 015087
Kim S. Alavardo /Bar No. 018216


LAW OFFICES, RICHARD N. GROVES/Bar No. 4014


LAW OFFICES OF SCOTT M. CLARK
Scott M. Clark, Esq.


**FILES TO SUBPOENA IN THE COURTS LISTED ABOVE:**

**Case No.** CV 01-03207RB,CV05-2270 PHX LOA, 05-2270 PHX LOA, CV-05-2270-PHX-LOA, TJ 2006-001225
**DOCKET#**:02:05-cv-02270-LOA, 2:05-cv-2270
**File No.** 5243.012

7515 E. Diamond Circle
Mesa, AZ 85208

**May 31, 2006**

State Bar of Arizona
Attn: Kip Micuda
111 W. Monroe, Suite #1800
Phoenix, AZ 85003-1742

Dear Mr. Micuda:

I am requesting that you please re-open case number 04-1237 and investigate the entirety of our case.

I have enclosed proof of a NOTICE OF SATISFACTION OF ORDER OF CONTINUING LIEN dated 2nd day of June 2005. I am unclear about why I am being harassed by Barlet A. Brebner and the Brebner Law Firm. I was under the impression that once an order is satisfied the case would be closed. Please review Case No. CV 01-03207-RB. I paid the debt and now I would like the harassment to stop. This is causing a financial burden my family. Please reopen this case so we can put this matter behind us and get on with our lives.

In addition, Mr. Micuda, I am pleading that you grant my request and complete an investigation of the law firm of Barlet A. Brebner and the Brebner Law Firm. This law firm has been allowed to push us around, due to him knowing that attorneys do not sue other attorney's. I am hoping you will subpoena all court filing or ruling filed by THE BREBNER LAW FIRM, P.C. that mention me or John DOE Weaver in courts mentioned, EAST PHOENIX #1 JUSTICE COURT/STATE OF ARIZONA, COUNTY OF MARICOPA and SUPERIOR COURT/MARICOPA COUNTY, STATE OF ARIZONA and EAST TEMPE JUSTICE COURT/STATE OF ARIZONA, COUNTY OF MARICOPA and IN THE UNITED STATES DISTRICK COURT/FOR THE DISTRICT OF ARIZONA.

**I have enclosed the letter from Scott M. Clark.**

Lastly, that you review all court case filed by THE BREBNER LAW FIRM, P.C. for the past ten years. To help assure that no single person(s) or families have suffered the way our family has suffered by the law firm mentioned above.

Thank you,

Dottie M. Vega-Weaver